THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

VLAD TYSYACHUK, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

DEPOP, INC., a Delaware Corporation, and DEPOP LIMITED, a United Kingdom Corporation,

*Defendants*.

Case No. 2:26-cv-02875-TL

**STIPULATED NOTICE AND ~~[PROPOSED]~~ ORDER EXTENDING BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS**



**EDELSON PC**
1606 NE 65th Street, Seattle, WA 98115
Tel: (206) 647-6424

Pursuant to Judge Lin's Standing Order for All Civil Cases, Plaintiff Vlad Tysyachuk ("Plaintiff") and Defendants Depop, Inc. and Depop Limited (together, "Defendants," and with Plaintiff, the "Parties"), by their undersigned counsel, have agreed to move the following deadlines for briefing on Defendants' Motion to Dismiss (Dkt. 17), which were set by Local Civil Rule 7(d)(4):

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Response to Defendants' Motion to Dismiss (Dkt. 17) | 11/9/2026 | 11/23/2026 |
| Defendants' Reply in Support of Motion to Dismiss | 11/16/2026 | 12/14/2026 |
| Noting Date for Defendants' Motion to Dismiss | 11/16/2026 | 12/14/2026 |

Pursuant to Section III(A) of Judge Lin's Standing Order for All Civil Cases, the Parties confirm that the aforementioned dates: (1) have not been previously extended; (2) the requested extension is agreed upon between the Parties; and (3) such request does not change the date for any hearing, any final submission to the Court related to a hearing, any dispositive motion or expert motion deadline, or any deadline after the filing of dispositive and expert motions in the trial scheduling order. The Parties request that the Clerk reset the deadlines as noticed.

The foregoing is hereby stipulated by and between the Parties as of this 5th day of November, 2026.

Dated: November 5, 2026

**EDELSON PC**

By: /s/ Sarah LaFreniere

Todd Logan (WSBA No. 60698)
150 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300
Email: tlogan@edelson.com

Sarah LaFreniere (WSBA No. 62621)
1606 NE 65th Street
Seattle, WA 98115
Telephone: (206) 647-6424

Dated: November 5, 2026

**COOLEY LLP**

By: /s/ Benjamin B. Sweeney

Benjamin B. Sweeney (WSBA No. 63957)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Email: bsweeney@cooley.com

Benedict Y. Hur (*pro hac vice*)
Joshua D. Anderson (*pro hac vice*)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

Email: slafreniere@edelson.com

Michael Ovca (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Email: movca@edelson.com

*Attorneys for Plaintiff*
*VLAD TYSYACHUK*

Telephone: (415) 693-2000
Email: bhur@cooley.com
joshua.anderson@cooley.com

*Attorneys for Defendants*
*DEPOP, INC. and DEPOP LIMITED*

**~~[PROPOSED]~~ ORDER**

Having reviewed the Parties' stipulated notice above, the Court ORDERS that the briefing deadlines on Defendants' Motion to Dismiss (Dkt. 17) are reset to the new deadlines stated in the stipulated notice.

IT IS SO ORDERED.

DATED this 6th day of November 2026.

THE HONORABLE TANA LIN
United States District Judge

Presented by:

By: <u>*/s/ Sarah LaFreniere*</u>

Todd Logan (WSBA No. 60698)
150 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300
Email: tlogan@edelson.com

Sarah LaFreniere (WSBA No. 62621)
1606 NE 65th Street

Seattle, WA 98115
Telephone: (206) 647-6424
Email: slafreniere@edelson.com

Michael Ovca (*pro hac vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654

Telephone: (312) 589-6370
Email: movca@edelson.com

*Attorneys for Plaintiff VLAD TYSYACHUK*